No. 10–0345/AF. U.S. v. Stephen A. Prather. CCA 37329. On consideration of the Appellee's petition for reconsideration of this Court's decision in the above-captioned case, 69 M.J. 338 (C.A.A.F. 2011), the answer thereto, the motion of the Navy–Marine Corps Appellate Government Division for leave to file an amicus petition for reconsideration, and the amicus petition for reconsideration, it is ordered that the Navy–Marine Corps Appellate Government Division's motion for leave to file an amicus petition for reconsideration will be considered as a motion to file an amicus curiae brief in support of Appellee's petition for reconsideration under U.S.C.A.A.F. Rule 26, and will be, and the same is, hereby granted, and that the Appellee's petition for reconsideration be, and the same is, hereby denied.

No. 11–0143/AR. U.S. v. Aaron R. Stanley. CCA 20050703. Appellee's motion to file ten-day letter out of time denied.

No. 11–0166/AF. U.S. v. Harley Lusk. CCA S31624. On consideration of the motions filed by Professor George Fisher, Stanford Law School, to appear pro hac vice as counsel of record for Amicus Curiae, to file a brief as Amicus Curiae out of time, to allow the appearance of a law student on behalf of Amicus Curiae, for Mr. Greg Young to appear as Amicus Curiae, and to submit oral argument, it is ordered that said motions are hereby granted. The Amicus Curiae will be allotted 10 minutes to present oral argument.

Friday, March 18, 2011

No. 11–0148/MC. U.S. v. David J. Phillips. CCA 200900568. The motion filed by Amicus Curiae, the McGeorge Appellate Advocacy Clinic, to correct errata is granted.